IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*
Civil Action No. 2:12-CV-8162

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Jody L. Walker

2. Plaintiff's Spouse (if applicable)

   Scott J. Walker

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Vermont

5. District Court and Division in which venue would be proper absent direct filing.

   District Court of New Jersey or United States District Court, District of Vermont

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Ethicon, Inc.

   ☒ B. Ethicon, LLC

   ☒ C. Johnson & Johnson

☐     D. American Medical Systems, Inc. ("AMS")

☐     E. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐     F. Endo Pharmaceuticals, Inc.

☐     G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐     H. Boston Scientific Corporation

☐     I. C. R. Bard, Inc. ("Bard")

☐     J. Sofradim Production SAS ("Sofradim")

☐     K. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

    ☒     Diversity of Citizenship

    ☐     Other: _____

    A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        <u>Paragraph 9</u>

        <u>Paragraph 10</u>

        <u>Paragraph 11</u>

    B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☐ TVT-Oturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☒ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

    _____
    _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☐ TVT-Oturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☒ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

3

_____

_____

10. Date of Implantation as to Each Product:

<u>September 21, 2010</u>

11. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Copley Hospital, Morrisville, VT</u>

12. Implanting Surgeon(s):

<u>Dr. Ann Viselli, MD</u>

13. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I – Negligence
- ☒ Count II – Strict Liability – Manufacturing Defect
- ☒ Count III – Strict Liability – Failure to Warn
- ☒ Count IV – Strict Liability – Defective Product
- ☒ Count V – Strict Liability – Design Defect
- ☒ Count VI – Common Law Fraud
- ☒ Count VII – Fraudulent Concealment
- ☒ Count VIII – Constructive Fraud
- ☒ Count IX – Negligent Misrepresentation
- ☒ Count X – Negligent Infliction of Emotional Distress
- ☒ Count XI – Breach of Express Warranty
- ☒ Count XII – Breach of Implied Warranty
- ☒ Count XIII – Violation of Consumer Protection Laws
- ☒ Count XIV – Gross Negligence
- ☒ Count XV – Unjust Enrichment
- ☒ Count XVI – Loss of Consortium

4

☒ Count XVII -- Punitive Damages

☒ Count XVIII -- Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

                                                  Attorneys for Plaintiff
                                                  W. Mark Lanier
                                                  David Kuttles
                                                  Dana Taschner

Address and bar information:

**THE LANIER LAW FIRM, PLLC**
W. Mark Lanier, Esq. (Bar #: NY 4327284)
Email: WML@lanierlawfirm.com
David Kuttles, Esq. (Bar #: NY 4034393)
Email: DXK@lanierlawfirm.com
126 E. 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
      - and -
Dana Taschner, Esq. (Bar #: CA 135494)
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Tel: (310) 552-4800
Email: dana@danataschner.com